**Motion Granted and Abatement Order filed January 11, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00564-CV
_____

### THE BRICKMAN GROUP LTD. LLC AND GUILLERMO RAFAEL BERMEA, Appellants

### V.

### MICHELLE LYNN BRASWELL, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF WILLIAM MARKLEY BRASWELL, AND AS NEXT OF FRIEND OF XXXXXXXXXXXX AND XXXXXXXXXXXXXXX AND SANDRA SOUTH BRASWELL, Appellees

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-38679**

## ABATEMENT ORDER

On January 11, 2018, the parties notified this court that the parties had reached an agreement to settle the issues on appeal. The parties requested that the appeal be abated to permit proceedings in the trial court for approval of the

settlement. *See* Tex. R. App. P. 42.1(a)(2)(C). The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **March 12, 2018**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM

Panel consists of Justices Christopher, Donovan, and Jewell.